

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00174-CR

**COREY WHITTING,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 278th District Court
Walker County, Texas
Trial Court No. 26519**

## MEMORANDUM  OPINION

Corey Whitting attempts to appeal his conviction for obstruction or retaliation. The certificate of right to appeal indicates that this is a plea bargain case and that Whitting waived his right to appeal.  TEX. R. APP. P. 25.2(d).  Accordingly, the appeal is dismissed.

Notwithstanding that we are dismissing this appeal, Whitting may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information

or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Whitting desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2 (a).

For the reasons stated, this appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 30, 2018
Do not publish
[CR25]

